IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LENA N. PETTWAY | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | NO. 11-CV-78 |
| Defendant | : | |

## C I V I L   J U D G M E N T

Before the Honorable TIMOTHY R. RICE:

**AND NOW**, this 2nd day of April, 2012, in accordance with the jury verdict,

**IT IS ORDERED** that Judgment be and the same is hereby entered in favor of the Defendant.

BY THE COURT

ATTEST:

\s\ Chavela M. Settles
Chavela M. Settles
Deputy Clerk for the
Honorable Timothy R. Rice